```
                                            U.S. DISTRICT COURT
                                              DISTRICT OF N.H.
                                                   FILED

                                            2005 JUN -9 P 12:08
```

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Joseph F. Hoffman

    v.                                            Civil No. 05-cv-175-PB

Fay's Boat Yard, Inc. and
Town Officials

### ORDER GRANTING REQUEST TO PROCEED IN FORMA PAUPERIS

Plaintiff's request to proceed *in forma pauperis* is hereby granted, but only for the purpose of waiving the filing fee. This case has been assigned number 05-cv-175-PB.

**SO ORDERED.**

                                                        /s/ James R. Muirhead
                                                        James R. Muirhead
                                                        United States Magistrate Judge

Date: June 9, 2005

cc:   Joseph F. Hoffman, *pro se* w/