```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE
```

Joseph Hoffman

    v.                           Case No. 05-cv-175-PB

Fay's Boat Yard, et al.

_____

                                ORDER

     Ruling: I recuse myself from this case and direct the clerk to assign it to another judge.

                                      /s/ Paul Barbadoro
                                      Paul Barbadoro
                                      U.S. District Judge

Date:  October 3, 2005

cc:  Joseph Hoffman, Pro se