UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Joseph F. Hoffman

        v.                05-cv-175-SM

Fay's Boat Yard, Inc., et al.

O R D E R

After due consideration of the objection filed, I herewith approve the Amended Report and Recommendation of Magistrate Judge Muirhead dated February 3, 2006, for the reasons set forth therein. Plaintiff's complaint and amended complaint are hereby dismissed. Plaintiff's objection to the Report and Recommendation of Magistrate Judge Muirhead dated August 18, 2005, is denied.

    SO ORDERED.

March   22, 2006                          _____
                                                          Steven J. McAuliffe
                                                          Chief Judge

cc:    Joseph F. Hoffman, pro se